COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:   In re Cirrus Aircraft Corporation, Cirrus Design Corporation D/B/A Cirrus Aircraft, and Ballistic Recovery System, Inc.

Appellate case number:   01-19-00996-CV

Trial court case number:   2016-41450

Trial court:   127th District Court of Harris County

On January 14, 2020, we granted relators' agreed motion to stay the trial of this underlying proceeding. On January 21, 2020, relators filed an unopposed motion to abate the mandamus proceedings to finalize a settlement. We grant the motion and order this original proceeding abated pending the outcome of the efforts by the parties to the underlying litigation to finalize the settlement. Therefore, without expressing any opinion on the merits of relators' petition, we abate this original proceeding, treat it as a closed case, and remove it from the Court's active docket. This Court will consider an appropriate motion filed by either party to dismiss or reinstate this original proceeding, including a motion for temporary relief, as appropriate.

We further direct relators to advise this Court of the status of the settlement discussion in the underlying litigation every thirty (30) days from the date of this order until this original proceeding is reinstated or dismissed.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
               ☒ Acting individually     ☐ Acting for the Court

Date:    February 13, 2020